# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

## MINUTES OF TRIAL - Day 1

USA                                   **CASE NUMBER:** 05-4056-CR-C-NKL

v                                     **DATE:** 10/6/08

Brown

**HONORABLE Nanette K. Laughrey** presiding at Jefferson City, Missouri

**Time Commenced:** 8:45 AM
**Time Concluded:** 11:00 AM
**APPEARANCES:**
   Plaintiff: Anthony Gonzalez
   Defendant: pro se

**REMARKS:**
   Pretrial conference held 8:45. The Court adopted the R&R document #137. Motion #136 is denied. Motion to dismiss #138 is denied. Recess 9:03. Pretrial conference resumed 9:15. All the defendant's motion will be noted as continuing objections. Recess 9:28. Conference resumed at 9:51. Attorney Derkunt participated by telephone. Mr. Derkunt stated he could not pay for local counsel. The Court found that Mr. Brown cannot afford to pay for local counsel. The Court will appoint a new standby counsel. Trial rescheduled for December 1, 2008. Court adjourned at 11:00.

**Courtroom Deputy/Court Reporter:** Laura Bax/Katie Wirt