# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

# MINUTES OF TRIAL

USA                                          **CASE NUMBER:** 05-4056-01-CR-C-NKL

v                                            **DATE:** 12/01/08

BROWN

**HONORABLE Nanette K. Laughrey** presiding at Jefferson City, Missouri

**Time Commenced:** 8:42 AM
**Time Concluded:** 5: 57 PM
**APPEARANCES:**
    Plaintiff: Anthony Gonzalez & Larry Miller with Case Agent Andy Ryder
    Defendant: Pro se & Bryan Scheiderer as standby counsel

**REMARKS:**
Pretrail conference held 8:42- 9:10. Dft's motion #175 denied. Plaintiff will be pro se with standby counsel available. If defendant is removed from the courtroom, defense standby counsel will continue with the case. Plaintiff's motion #144 is ruled as moot. All remaining pro se defendant motions are denied. Dft motion #173 - court requests that the Probation Office submit the PSIs for the court's review. Recess 9:10. Jury in and voir dire began at 9:33. Jury out at 11:08. Recess for strikes 11:23. Conference without jury present 12:27. Jury sworn and opening instructions given at 11:30. Opening instructions given. Opening statements began at 12:45. Plaintiff's evidence began at 1:09. Recess at 3:23. On the record at 3:40. Jury recessed at 5:50. Conference held 5:50-5:5 Court to reconvene at 9:00 AM on 12/2/08.

WITNESSES: Nathan Reuter 1:09-2:17
               Charles Bowman 2:19-3:21
               Ricky Williams 3:41-5:50

**Courtroom Deputy/Court Reporter:** Laura Bax/Katie Wirt