UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-04056-01-CR-C-NKL |
| | ) | |
| DARYL MILES BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR JUDGMENT OF ACQUITTAL
## AT CLOSE OF THE GOVERNMENT'S EVIDENCE

Defendant, Daryl Miles Brown, by counsel, at the close of the government's evidence,

moves for a judgment of acquittal for the reason that the legally admissible evidence is

insufficient as a matter of law to determine defendant's guilt beyond a reasonable doubt.

Respectfully submitted,

SCHEIDERER LAW FIRM, LC

By: _____

DARYL BROWN    Bryan B. Scheiderer, #41911
901 North Pine Street, Suite 308
Rolla, MO 65401
(573) 341-3232
(573) 341-5576 (fax)
bryan@bdslaw.com

ATTORNEY FOR DEFENDANT

## CERTIFCATE OF SERVICE

I hereby certify that on December _____ 2008, a copy of this document was served in
open court on counsel for the Plaintiff.