UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 05-04056-01-CR-C-NKL |
| DARYL MILES BROWN, | ) ) ) |
| Defendant. | ) |

## MOTION FOR JUDGMENT OF ACQUITTAL
## AT CLOSE OF ALL THE EVIDENCE

Defendant, Daryl Miles Brown, by counsel, at the close of all the evidence, moves for a judgment of acquittal for the reason that the legally admissible evidence is insufficient as a matter of law to determine defendant's guilt beyond a reasonable doubt.

Respectfully submitted,

SCHEIDERER LAW FIRM, LC

By: [signature] #41911

*Daryl Brown*

901 North Pine Street, Suite 308
Rolla, MO 65401
(573) 341-3232
(573) 341-5576 (fax)
bryan@bdslaw.com

ATTORNEY FOR DEFENDANT

### CERTIFCATE OF SERVICE

I hereby certify that on December _____ 2008, a copy of this document was served in open court on counsel for the Plaintiff.